IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RODERICK TAYLOR,**
    Petitioner,

v.                        No. 3:16-cv-00711-DRH

**UNITED STATES OF AMERICA,**
    Respondent.

## ORDER

**HERNDON, District Judge:**

Pending before the Court is petitioner Roderick Taylor's motion to stay proceedings (Doc. 9). There has been no response to this motion within the 14-day time period allotted by Local Rule 7.1. *See* SDIL-LR 7.1(c). Therefore, silence on behalf of respondent is "considered an admission of the merits of the motion." *Id*. Accordingly, petitioner's motion to stay proceedings (Doc. 9) is **GRANTED**.

**IT IS SO ORDERED**.
Signed this 17th day of May, 2017.

Judge Herndon
2017.05.17
05:20:56 -05'00'

**UNITED STATES DISTRICT JUDGE**